IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 0 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02333-BNB

LaFAYE ADAMS,

    Plaintiff,

v.

FED EX GROUND/HOME DELIVERY,

    Defendant.

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 20, 2011, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02333-BNB

LaFaye Adams
2940 S Parker Crt
Aurora, CO 80014

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 20, 2011.

                              GREGORY C. LANGHAM, CLERK

            By: _____
                           Deputy Clerk