IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02333-LTB-CBS

LAFAYE ADAMS,
    Plaintiff,
v.

FEDEX GROUND/HOME DELIVERY,
    Defendant.

---

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the "Title VII Complaint" ("Complaint") (Doc. # 2). Pursuant to the Order of Reference dated January 27, 2012 (Doc. # 6), this case was referred to the Magistrate Judge. On September 14, 2011, the court granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* Doc. # 4). It is now

    ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendant FedEx Ground/Home Delivery, 1000 FedEx Drive, Moon Township PA. 15108. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the operative Complaint (Doc. # 2) and summons upon Defendant FedEx Ground/Home Delivery. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

    FURTHER ORDERED that after service of process, Defendant shall respond to

1

the Complaint (Doc. # 2) as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 30th day of January, 2012.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge