**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-02333-LTB-CBS

LaFAYE ADAMS,

      Plaintiff,

v.

FED EX GROUND/HOME DELIVERY,

      Defendant.

---

**ORDER**

---

      This case is before me on the Recommendation of the Magistrate Judge that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc 26) be granted and this case be dismissed in its entirety. The Recommendation was issued and served on March 1, 2013. Plaintiff has filed timely written objections to the Magistrate Judge's Recommendation. I therefore review the Recommendation *de novo* in light of the file and record in this case.

      The Plaintiff argues that the Magistrate Judge erred in applying the Doctrine of Collateral Estoppel to her claims based upon a prior final arbitration which denied her claims also asserted here. She also argues that the Magistrate Judge erred in his determination that her Third Claim for Relief pursuant to 42 U.S.C. § 1983 must otherwise be dismissed, the Magistrate Judge erred in his determination that her claim under the Equality Act of 2010 must otherwise be dismissed, that the Magistrate Judge erred in his determination that her claim under the Colorado Consumer Protection Act must otherwise

be dismissed, that the Magistrate Judge erred in recommending dismissal of her economic duress claim, and that the Magistrate Judge erred in recommending dismissal of her claim for declaratory judgment.

I have reviewed her specific timely objections *de novo* and conclude that the Magistrate Judge's thorough and comprehensive recommendation is correct in all respects including his application of the Doctrine of Collateral Estoppel to her case and his application of analysis to her Third, Fifth, Sixth, Eighth, and Tenth Claims.

Accordingly, it is

ORDERED that the Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc 26) is GRANTED and this action is DISMISSED in its entirety.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   March 21, 2013