IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02333-LTB-CBS

LAFAYE ADAMS,

    Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,
MARK HARRIS, in his individual capacity and official capacity as Senior Manager, and
MARK POOLE, in his individual capacity and official capacity as P&D Manager,

    Defendants.

---

## FINAL JUDGMENT

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on March 21, 2013, incorporated herein by reference, it is

    ORDERED that the Magistrate Judge's thorough and comprehensive recommendation is correct in all respects. It is

    FURTHER ORDERED that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED. It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, FedEx Ground Package System, Inc., Mark Harris, and Mark Poole, and against Plaintiff, LaFaye Adams. It is

    FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

    DATED at Denver, Colorado this   22nd   day of March, 2013.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                              By: s/ Edward P. Butler
                                              Edward P. Butler, Deputy Clerk

2