IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02333-LTB-CBS

LAFAYE ADAMS,

    Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,
MARK HARRIS, in his individual capacity and official capacity as Senior Manager, and
MARK POOLE, in his individual capacity and official capacity as P&D Manager,

    Defendants.

---

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

LEWIS T. BABCOCK, Senior Judge

Plaintiff has submitted a Notice of Appeal.  Plaintiff previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action.  The court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied.  Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the court finds that this appeal is not taken in good faith because plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.  Accordingly, it is

ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

DATED at Denver, Colorado this   24th   day of April, 2013.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, Senior Judge
                                              United States District Court